UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | | |
|---|---|---|
| IN RE: | ) | |
| **RAY ROBERT LAMB** | ) | CASE NO. 08-40372 |
| Debtor(s). | ) | CHAPTER 7 |

### REJECTION OF APPOINTMENT

COMES NOW Kimberly A. Gilbert and respectfully rejects her appointment as Trustee in the above matter due to prior legal interaction with Debtor in the bankruptcy of David Lamb.

/s/ Kimberly A. Gilbert
Kimberly A. Gilbert, Chapter 7 Trustee
200 Ferry Street, Suite B
P. O. Box 377
Lafayette, IN 47902-0377
Telephone: (765) 742-7259
Facsimile: (765) 742-6868
E-mail: kimberly.gilbert1@verizon.net

---

### CERTIFICATE OF SERVICE

I certify that on June 16, 2008, service of a true and complete copy of the foregoing pleading was made upon:

1. Office of the U.S. Trustee, U.S. Trustee, 555 One Michiana Square Building, 100 East Wayne Street, South Bend, IN 46601
2. Michael Cooley, Five Courthouse Plaza , P O Box 455, Greenfield, IN 46140

by depositing the same in the United States mail in an envelope properly addressed and with sufficient first class postage affixed, or by electronic mail.

/s/ Kimberly A. Gilbert
Kimberly A. Gilbert
Chapter 7 Trustee