UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CASE NO.   08-40372 |
| | ) | CHAPTER   7 |
| RAY ROBERT LAMB | ) | |
| | ) | |
| | ) | |
| Debtor | | |

ORDER

At Fort Wayne, Indiana, on September 16, 2008.

American General Services' motion to approve a reaffirmation agreement filed on September 13, 2008, is DENIED for the failure to comply with local rules of this court. N.D. Ind. L.B.R. B-4008-1. See also, 11 U.S.C. § 524(k).

SO ORDERED.

/s/ Robert E. Grant
Judge, United States Bankruptcy Court