# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF INDIANA
### HAMMOND DIVISION AT LAFAYETTE

| | |
|---|---|
| IN RE: ) | |
| LAMB, RAY ROBERT ) | |
| ) | Case No: 08-40372 |
| ) | Chapter 7 |
| ) | |
| Debtor. ) | |

## OBJECTION TO MOTION FOR RELIEF FROM STAY
## BY DEUTSCHE BANK NATIONAL TRUST COMPANY

Comes now the Trustee, Gordon E. Gouveia, and for his Objection to the Motion for Relief from Stay filed by Deutsche Bank National Trust Company as Trustee under NovaStar Mortgage funding Trustee states as follows:

1. The Debtor filed for Chapter 7 on 05/22/08 wherein Gordon E. Gouveia was appointed Trustee.

2. The debtor has not attended the §341 Meeting, therefore, the Trustee has not been able to determine the value or the equity in the real estate commonly known as 5811 N. Lake Road 51W, Monticello, IN 47960.

**WHEREFORE,** the Trustee prays for an Order from this Court denying Deutsche Bank National Trust Company's Motion, until such time as the Trustee is able to determine the value of the real estate and for all other just and proper relief.

/s/ Gordon E. Gouveia
GORDON E. GOUVEIA, TRUSTEE
433 W. 84th AVENUE
MERRILLVILLE, IN 46410
Telephone: (219)736-6020

### CERTIFICATE OF SERVICE

I certify that on this date service of a true and complete copy of the foregoing instrument was made on the following persons by electronic filing as shown on the Notice of Electronic Filing or by depositing the same in the United States Mail in a properly addressed and stamped envelope:

United States Trustee, 100 E. Wayne St., Ste. 555, South Bend, IN 46601
Deutsche Bank National Trust Company as Trustee under NovaStar Mortgage funding Trustee, c/o S. Brent Potter, Doyle Legal Corporation, P.C., 135 N. Pennsylvania St. Suite 20000, Indianapolis, IN 46204-2456
Michael C. Cooley, Five Courthouse Plaza, P.O. Box 455, Greenfield, IN 46140
LAMB, RAY ROBERT, 337 S 1450 E, , BURNETTSVILLE, IN 47926

Dated: 10/6/08

/s/ Gordon E. Gouveia
Gordon E. Gouveia, Trustee