UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | | | |
|---|---|---|---|
| IN THE MATTER OF: | ) | CASE NO. | 08-40372 |
| | ) | CHAPTER | 7 |
| RAY ROBERT LAMB | ) | REG/tb | |
| | ) | | |
| | ) | | |
| Debtor(s) | | | |

## ORDER

At Lafayette, Indiana, on November 24, 2008.

A hearing with regard to issues raised by Debtor's motion for approval of a reaffirmation agreement with American General Financial Services was held at Lafayette, Indiana, on November 18, 2008, with Brian Howey on behalf of Michael Cooley, counsel for debtor, Ray Lamb, debtor, and James Hodson on behalf of Brooks Grainger, counsel for American General Financial Services, present.

For the reasons stated in open court, the motion is DENIED. Debtor's reaffirmation agreement with American General Financial Services cannot be approved.

SO ORDERED.

/s/ Robert E. Grant
Judge, United States Bankruptcy Court