UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE:                              )
RAY ROBERT LAMB,                    )    CASE NUMBER 08-40372
            Debtor.                 )

## OBJECTION TO MOTION FOR RELIEF FROM STAY FILED BY LAFAYETTE BANK AND TRUST COMPANY

Comes now, the Debtor, by counsel, and hereby provides notice to the Court that he Objects to the Motion for Relief from Stay filed by Creditor, Lafayette Bank and Trust Company, and in support thereof states:

1. Creditor Lafayette Bank and Trust Company holds the only lien on the list of property at issue, and Debtor believes that the value of the collateral is such that Creditor is not under-secured therein, and thus Lafayette Bank and Trust Company is adequately protected in the collateral at issue.

WHEREFORE, the Debtor, for the record, objects to the Motion for Relief from Stay filed by Lafayette Bank and Trust Company, requests a hearing regarding the same, and all other relief just and proper in the premises.

Respectfully submitted,

Michael C. Cooley, #26020-41

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was served upon all parties of record via CM/ECF, this 26th day of January, 2009.

*/s/ Michael C. Cooley*
Michael C. Cooley

Allen Wellman McNew, LLP
Five Courthouse Plaza
P.O. Box 455
Greenfield, IN  46140
(317) 462-3455 Phone
(317) 467-6109 Fax