RECEIVED IN THE MAIL

June 8, 2009

Trustee Gordon E. Gouveia
433 W. 84th Drive
Merrillville, IN. 46410-6247

Re:   In re: R. Robert Lamb, Debtor
      Bankruptcy Case No. 08-40372

Dear Trustee Gouveia:

Concerning the personal property in your possession of R. Robert Lamb ( father of David Ray Lamb).

I understand that my father told you during his Meeting of Creditors on at least two occasions that this property is mine. However, as of Friday, June 5, 2009, my property is still listed for sale with Phil Vogel, employed by the Bankruptcy Court to auction the property of R. Robert Lamb only.

If you require independent verification of the statements of my father and I, you can obtain that by contacting Brad Smock, who knows that this property is mine. Brad's address and telephone numbers are:  10357 East Division Road, Monticello, Indiana 47960. His telephone number is 574-943-3040 or 574-943-3110.  He can also be reached through Hanenkratt Grain Company, Inc., at 574-943-3215. Dowal L. Dellinger, (Hanenkratt Grain's attorney) was directed to Brad Smock by my father during the last Meeting of Creditors in Merrillville, Indiana.  Please be sure when you call, you request to speak to Brad Smock. If you leave a message with one of the other employees, he may not receive it.

I demand that my personal property be released to me immediately. As you know, I store the property in my father's building on the property at 337 South 1450 East, Burnettsville, Indiana 47926. It can be delivered back to that property, or I can otherwise arrange to pick the property up. If the property is not returned to me, is sold, or is damaged in any way, I intend to take legal action against all people involved in what I consider to be the theft of my property.

Please respond as soon as possible.  This tractor is an heirloom, and I want to make certain it is not sold.

Sincerely,

David Ray Lamb
David Ray Lamb

pc: Michael C. Cooley, Attorney, Allen Wellman McNew, LLP;
    Judge Robert E. Grant, United States Bankruptcy Court, Lafayette, Indiana  47905