

- Certified Appraisal Service
- Complete Auction & Real Estate Service
- E-mail: vogel@vogel-real-estate.com
- www.vogel-real-estate.com

1001 N. Main St. – P.O. Box 987 – Monticello, IN 47960



Phone 574-583-3981
FAX 574-583-6925

APPRAISAL FOR DOW DELLINGER

RE: ROBERT R LAMB EQUIPMENT

| ITEM | AMOUNT |
|---|---|
| 4010 JD DIESEL NARROW FT (FAIR CONDITION) | $3,500.00 |
| JD BOX WAGON | $250.00 |
| 2305 JD UTILTY MOWER W/200 CS LOADER 60" DECK AND 3 PT HITCH 136 HRS (SER#LV2305H225588) | $11,200.00 |
| KARCHER STEAM CLEANER | $800.00 |
| EX MARK LAZER 2 ZP DIESEL MOWER W/72" DECK (SER#469648) | $7,800.00 |
| FERRIS 5100 2 DIESEL LAWN MOWER W/72" DECK | ? |
| TRAC VAC CART W/MOTOR | $600.00 |
| CUSTOMIZED CLUB CAR GOLF CART | $2,200.00 |
| CLUB CAR GOLF CART W/SPRAYING UNIT | $1,000.00 |
| PORTABLE FRAME W/ELECTRIC HOIST | $300.00 |
| JD LAWN UTILITY TRAILER | $70.00 |
| POWER HAC SAW | $250.00 |
| DEWALT CHOP SAW | $200.00 |
| WELDER W/ CABLE | $75.00 |
| KENNEDY TOOL CHEST AND MISC TOOLS | $150.00 |
| 10 DRAWER TOOL CHEST AND HAND TOOLS | $200.00 |
| 1992-40' 5TH WHEEL KOUNTRY AIR 2787 TRI-AXLE W/1 SLIDE OUT | $6,000.00 |
| TOTAL | $34,595.00 |

REPECTFULLY SUBMITTED

*Phil Vogel* (signature)

PHIL VOGEL, CAI
BROKER/AUCTIONEER

EXHIBIT A

"The Sign That Sells"