**OVER THE COUNTER**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

2010 MAR 22 PM 4:00

| | | |
|---|---|---|
| IN RE: | ) | |
| RAY ROBERT LAMB, | ) | CASE NUMBER 08-40372 |
| Debtor. | ) | |

## RESPONSE TO TRUSTEE'S OBJECTION TO CLAIM #9, CLAIM OF BONNIE J. LAMB

Comes now, Bonnie J. Lamb, Creditor herein, and in support of her Response to Trustee's Objection to Claim #9, states as follows:

1. Bonnie J. Lamb filed her Proof of Claim on September 15, 2009, for $15,400.00, with represents fifty percent (50%) of the proceeds of the Trustee's sale of property owned jointly by Bonnie J. Lamb and the Debtor herein.

2. On February 22, 2010, the Trustee filed an Objection to Bonnie J. Lamb's claim. The basis for the Trustee's objection states that the Trustee believes that that property sold was property of Lamb and Associates, LLC, and not Bonnie J. Lamb and Debtor, as individuals, and that Schedule B indicates that Debtor owned 100% of Lamb and Associates, LLC. The Trustee generally points to property that was depreciated on Lamb and Associates, LLC's, tax returns, as evidence that this property was property of Lamb and Associates, LLC.

3. The property was listed on Debtor's Amended Schedule B, as jointly owned property between Debtor and Bonnie J. Lamb.

4. On May 9, 2008, the White Superior Court, White County, Indiana, entered an Order finding that this property was property of Debtor and Bonnie J. Lamb, the Trustee cannot re-litigate that issue in this Court, as such Bonnie J. Lamb is entitled to

be paid on her claim.

5. Further, there is no evidence that the property sold by the Trustee is the same property that was listed as being depreciated in Lamb and Associates, LLC's business tax returns. Even if it were, those same tax returns indicate that Bonnie J. Lamb is a 50% owner of Lamb and Associates, LLC, regardless of what Debtor's Schedules may indicate. As such, even if the property did belong to Lamb and Associates, LLC, Bonnie J. Lamb is still entitled to one-half of the proceeds of the sale of that property due to her ownership interest in Lamb and Associates, LLC.

WHEREFORE, Bonnie J. Lamb respectfully prays the Court deny the Trustee's Objection to her claim, requests the Trustee be ordered to pay Bonnie J. Lamb one-half of the proceeds of the sale of the property of the Debtor, requests a hearing regarding the same, and all other relief just and proper in the premises.

Respectfully submitted,

_____
Bonnie J. Lamb

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was served upon the following via US Mail and/or CM/ECF this 22nd day of March, 2010.

United States Trustee, 100 E Wayne St, Ste 555, South Bend, IN 46601
Michael C. Cooley, Five Courthouse Plaza, Greenfield, IN 46140
Ray Robert Lamb, 337 S 1450 E, Burnettsville, IN 47926

_____
Bonnie J. Lamb