UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| IN RE:<br>LAMB, RAY ROBERT<br><br><br>Debtor(s) | CHAPTER 7 -- Liquidation<br><br>CASE NO. 08-40372 JG |
|---|---|

## 2nd AMENDED TRUSTEE'S OBJECTION TO CLAIM

TO:  The Honorable ROBERT E. GRANT, Bankruptcy Judge:

Comes now GORDON E. GOUVEIA and would respectfully state:

1. That I am the duly appointed Trustee for the estate of the above named Debtor(s) and am acting as my own attorney.

2. That I would object to the following claim:

| No. 6 | White County Treasurer | $8,248.56 | Secured |

3. That the reason for this objection is as follows:

Claim appears to be a duplicate of Claim #1 and there is insufficient information on the claim.

WHEREFORE, your Trustee prays that the Court disallow the claim as indicated.

/s/ Gordon E. Gouveia
Gordon E. Gouveia, Trustee
433 West 84th Drive
Merrillville, IN 46410

### CERTIFICATE OF SERVICE

I certify that on this date service of a true and complete copy of the foregoing instrument was made on the following persons by electronic filing as shown on the Notice of Electronic Filing or by depositing the same in the United States Mail in a properly addressed and stamped envelope:

United States Trustee, 100 E. Wayne St., Ste. 555, South Bend, IN 46601
Michael C. Cooley, Five Courthouse Plaza, P.O. Box 455, Greenfield, IN 46140
LAMB, RAY ROBERT, 337 S 1450 E, BURNETTSVILLE, IN 47926
White County Treasurer, PO Box 388, Monticello, IN 47960

Dated at Merrillville, IN on 5/10/10  .

/s/ Gordon E. Gouveia
Gordon E. Gouveia